*In re* RAFAEL FUENTES FERNÁNDEZ.

*Número:* 8592                    *Resuelto:* 4 de junio de 1993

PER CURIAM: Rafael Fuentes Fernández fue admitido al ejercicio de la profesión de abogado el 15 de enero de 1987 y prestó juramento como notario el 4 de mayo de 1987.

El Tribunal de Distrito Federal para el Distrito de Puerto Rico nos notificó a través de nuestra Secretaría General que el mencionado abogado fue acusado y convicto por un cargo criminal constitutivo del delito de fraude, luego de haberse declarado culpable de éste.[1]

Considerada la naturaleza de dicha convicción, en virtud de la Sec. 9 de la Ley de 11 de marzo de 1909 (4 L.P.R.A. sec. 735), y de nuestra facultad inherente para reglamentar la profesión de abogado, se decreta su separación inmediata del ejercicio de la abogacía y se ordena que su nombre sea borrado del Registro de Abogados autorizados para ejercer en esta jurisdicción. *In re Rúa Cabrer*, 132 D.P.R. 431 (1992); *In re Ríos Ruiz*, 129 D.P.R. 666 (1991); *In re Dalmau Gómez*, 122 D.P.R. 360 (1988); *In re Torres López*, 119 D.P.R. 55 (1987); *In re Zamot Pérez*, 119 D.P.R. 58 (1987); *In re Malavé Ortiz*, 119 D.P.R. 492 (1987); *In re Ortiz Gilot*, 117 D.P.R. 167 (1986); *In re Boscio Monllor*, 116 D.P.R. 692 (1985).

---

[1] "Frauds and swindles", 18 U.S.C. sec. 1341.

*Se dictará sentencia de conformidad.*

La Juez Asociada Señora Naveira de Rodón no intervino.